IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

XSTAVION BROCKTON,      )
AIS # 312123,                      )
                                         )
            Petitioner,            )
                                         )
      v.                               )          CASE NO. 2:20-CV-745-WKW
                                         )                     [WO]
STATE OF ALABAMA, *et al.*,  )
                                         )
            Respondents.        )

## ORDER

Before the court is the Recommendation of the Magistrate Judge (Doc. # 13) to which Petitioner has filed an Objection (Doc. # 19).  Based upon a *de novo* review of the record, 28 U.S.C. § 636(b), the court finds that the Objection lacks merit. Accordingly, it is ORDERED as follows:

(1)   Plaintiff's Objection (Doc. # 19) is OVERRULED.

(2)   The Recommendation (Doc. # 13) is ADOPTED.

(3)   Petitioner's petition for writ of habeas corpus under 28 U.S.C. § 2254 is DENIED.

(4)   This action is DISMISSED with prejudice.

Final judgment will be entered separately.

DONE this 22nd day of June, 2023.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE